## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| **SANSON COMPANY,** | ) | **CASE NO. 1:09CV791** |
| | ) | |
| **Plaintiff,** | ) | **JUDGE CHRISTOPHER A. BOYKO** |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| **ARACA FOODS, INC., et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**CHRISTOPHER A. BOYKO, J**.:

This matter comes before the Court upon Plaintiff's Ex Parte Motion for Temporary Restraining Order (ECF DKT #7).

Upon due consideration of the Motion, supporting documentation, and applicable law, the Court DENIES Plaintiff's Ex Parte Motion, as Plaintiff has not demonstrated sufficient facts warranting the extraordinary relief under Fed. R. Civ. P. 65(b).

Furthermore, the Court orders a hearing on Plaintiff's Motion for Injunctive Relief for Tuesday, May 5, 2009 at 2:00 p.m.  All counsel and parties with full authority are required to be present in person.  Plaintiff's counsel shall serve the motion papers on Defendants, notify them of the hearing date, and ascertain the name, address, telephone, fax number and e-mail

address of Defendants' counsel. Plaintiff's counsel shall certify to the Court in writing that all counsel and parties will be present on or before 3:00 p.m. on Monday, May 4, 2009.

**IT IS SO ORDERED.**

**DATE: __May 1, 2009_____**

 S/Christopher A. Boyko
**CHRISTOPHER A. BOYKO**
**United States District Judge**